RE: Case No. 25-0725      DATE: 8/22/2025
COA #: 15-24-00105-CV      TC#: 2023CI26760
STYLE: WILLIAMS v. MMP PROP. LLC

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **September 24, 2025.**

MR. JOSHUA  LONGI
ASSISTANT ATTORNEY GENERAL
TRANSPORTATION DIVISION
PO BOX 12548
AUSTIN, TX  78711-2548
* DELIVERED VIA E-MAIL *

RE: Case No. 25-0725                    DATE: 8/22/2025
COA #: 15-24-00105-CV                   TC#: 2023CI26760
STYLE: WILLIAMS v. MMP PROP. LLC

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **September 24, 2025.**

ADAM  SCHMIT MR.
MARRS ELLIS & HODGE LLP
809 WEST 12TH STREET
AUSTIN
TX, TX  78701
\* DELIVERED VIA E-MAIL \*

RE: Case No. 25-0725                    DATE: 8/22/2025
COA #: 15-24-00105-CV                   TC#: 2023CI26760
STYLE: WILLIAMS v. MMP PROP. LLC

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **September 24, 2025.**

MR. ZEV KUSIN
MARRS ELLIS & HODGE LLP
809 W. 12TH STREET
AUSTIN, TX  78701-1703
* DELIVERED VIA E-MAIL *

RE: Case No. 25-0725          DATE: 8/22/2025
COA #: 15-24-00105-CV        TC#: 2023CI26760
STYLE: WILLIAMS v. MMP PROP. LLC

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **September 24, 2025.**

DISTRICT CLERK  BEXAR COUNTY
BEXAR COUNTY COURTHOUSE
PAUL ELIZONDO TOWER
101 W. NUEVA, SUITE 217
SAN ANTONIO, TX  78205-3411
\* DELIVERED VIA E-MAIL \*

FILE COPY

RE: Case No. 25-0725            DATE: 8/22/2025
COA #: 15-24-00105-CV         TC#: 2023CI26760
STYLE: WILLIAMS v. MMP PROP. LLC

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **September 24, 2025.**

CHRISTOPHER PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN, TX 78711
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0725                           DATE: 8/22/2025
COA #: 15-24-00105-CV                      TC#: 2023CI26760
STYLE: WILLIAMS v. MMP PROP. LLC

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **September 24, 2025**.

> MR. LUKE J. ELLIS
> MARRS ELLIS & HODGE LLP
> 809 W. 12TH STREET
> AUSTIN, TX  78701
> \* DELIVERED VIA E-MAIL \*